1  BARBARA A. BLACKBURN, Bar No. 253731
   bblackburn@littler.com
2  KELSEY E. PAPST, Bar No. 270547
   kpapst@littler.com
3  LITTLER MENDELSON, P.C.
   500 Capitol Mall, Suite 2000
4  Sacramento, CA 95814
   Telephone: 916.830.7200
5  Fax No.:   916.561.0828

6  Attorneys for Defendant
   NATIONAL RAILROAD PASSENGER
7  CORPORATION d/b/a AMTRAK

8
                   UNITED STATES DISTRICT COURT
9
                   EASTERN DISTRICT OF CALIFORNIA
10

11 | DENISE ELEVARIO,                              | Case No. _____

12 |         Plaintiff,

13 |    v.                                         | **DECLARATION OF SYEDA H. MAGHRABI IN SUPPORT OF AMTRAK'S NOTICE OF REMOVAL OF CIVIL ACTION**

14 | AMTRAK, a business entity unknown; JACKIE GALO, an individual; and DOES 1 through 250, inclusive,

15 |                                                | [Federal Question Jurisdiction, 28 U.S.C. §§ 1331 and 1349]

16 |         Defendants.

17

18

...

28

LITTLER MENDELSON, P.C.
500 Capitol Mall
Suite 2000
Sacramento, CA 95814
916.830.7200

Case No. _____

MAGHRABI DECLARATION IN SUPPORT OF AMTRAK'S NOTICE OF REMOVAL

I, Syeda H. Maghrabi, declare as follows:

1. I am Associate General Counsel for Defendant National Railroad Passenger Corporation d/b/a Amtrak ("Amtrak"). I make this Declaration in support of Amtrak's Notice of Removal of Civil Action to Federal Court. I have personal knowledge of the facts set forth in this declaration and, if called as a witness, I could and would testify competently to each such fact.

2. Amtrak received a copy of the Summons and Complaint at its headquarters in the District of Columbia by certified mail on July 25, 2017.

3. Upon information and belief, Defendant Jackie Galo has not been personally served with a copy of Plaintiff's Summons and Complaint.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 4th day of August, 2017, at Washington, D.C.

By: _____
SYEDA H. MAGHRABI

Firmwide:149084661.1 090621.1027

LITTLER MENDELSON, P.C.
500 Capitol Mall
Suite 2000
Sacramento, CA 95814
916.830.7200

2.

MAGHRABI DECLARATION IN SUPPORT OF AMTRAK'S NOTICE OF REMOVAL